# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE JUNG,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>TERRY GONZALEZ, Warden,<br><br>　　　　　　Respondent. | Case No. CV 11-5206-AHM (JEM)<br><br>**JUDGMENT** |

　　　In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: September 26, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ A. Howard Matz
　　　　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

JS-6