# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE JUNG, | Case No. CV 11-5206-AHM (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TERRY GONZALEZ, Warden, | |
| Respondent. | |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: September 26, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6